IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| PROMOTE INNOVATION LLC, | § | |
| | § | |
| *Plaintiff*, | § | Civil Action No.  1:11-CV-38 |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| AMERICAN RECREATION PRODUCTS, | § | |
| INC., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER OF DISMISSAL

Before the court is Plaintiff Promote Innovation LLC's Notice of Dismissal Without Prejudice, pursuant to Fed. R. Civ. P. 41(a)((1)(A)(i). As Defendant American Recreation Products, Inc. has neither answered nor filed a motion for summary judgment, the court is of the opinion that the stipulation should be entered and this case dismissed.

IT IS THEREFORE ORDERED that Plaintiff Promote Innovation LLC's claims against Defendant American Recreation Products are DISMISSED WITHOUT PREJUDICE.


So **ORDERED** and **SIGNED** this **26** day of **September, 2011.**


_____

Ron Clark, United States District Judge